**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICOLE GARRETT, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., BANK OF AMERICA CORPORATION, and DOES 1 - 10, inclusive,<br><br>    Defendants. | CASE NO. 3:13-CV-05263-JST<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE SCHEDULED FOR APRIL 9, 2014** |

**[PROPOSED] ORDER**

The Court, having read and considered the Parties' Stipulation to Vacate the Case Management Conference scheduled for April 9, 2014, and finding good cause in support thereof, hereby orders that:

1. The Case Management Conference scheduled for April 9, 2014 is hereby vacated.

2. The Court will issue an order rescheduling the Case Management Conference after the Court rules on Plaintiff's Motion to Remand (Dkt. #16) and Defendants' Motion to Transfer/Dismiss (Dkt. #15), to the extent a Case Management Conference before this Court will be appropriate after the rulings on those motions.

**IT IS SO ORDERED.**

DATED: March 25, 2014

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE